FILED
DEC 2 0 2005

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | |
|---|---|
| WARREN BEELER, Individually and On Behalf of All Others Similarly Situated, ) ) ) | Case No. 04-CV-3658 |
| Plaintiff, ) ) ) | <u>CLASS ACTION</u> |
| vs. ) ) ) | |
| SALTON, INC., et al., ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective December 19, 2005, Lerach Coughlin Stoia Geller Rudman & Robbins LLP will have relocated its Melville office as shown below:

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

MILLER FAUCHER AND CAFFERTY LLP
MARVIN A. MILLER
JENNIFER W. SPRENGEL
MATTHEW E. VAN TINE
30 North LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: 312/782-4880
312/782-4485 (fax)

DATED: December 15, 2005

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
WILLIAM S. LERACH

WILLIAM S. LERACH

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
LAWRENCE D. McCABE
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiff

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101-3301.

2. That on December 15, 2005, declarant served the NOTICE OF CHANGE OF FIRM ADDRESS by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the following parties.

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirky
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087

Harold Hirshman
Christopher Q. King
Natalie J. Spears
John R. Labbe
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Marvin A. Miller
Jennifer W. Sprengel
Matthew E. Van Tine
MILLER FAUCHER AND CAFFETY LLP
30 North LaSalle Street, Suite 3200
Chicago, Illinois 60602

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of December, 2005, at San Diego, California.

_____
CHRISTINE CLARK