IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WARREN BEELER, etc.,          )
                              )
            Plaintiff,        )
                              )
    v.                        )   No.  04 C 3658
                              )
SALTON, INC., et al.,         )
                              )
            Defendants.       )

ORDER RELATING TO AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

This matter has come before this Court on March 17, 2006 on the application of Lead Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation. This Court has considered all papers filed and proceedings conducted in this action, has found the settlement of this Litigation to be fair, reasonable and adequate and is otherwise fully informed in the premises, so that good cause exists for the entry of this Order.

It is hereby ordered, adjudged and decreed that:

1. All of the capitalized terms used in this Order shall have the same meanings as set forth in the Stipulation of Settlement dated as of December 19, 2005 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of the application and all matters relating thereto, including all Members of the Settlement Class (no Member has timely and validly requested exclusion from the Class).

3. This Court hereby awards Lead Counsel attorneys' fees of

22.5% (a sum equal to $675,000) of the Settlement Fund and reimbursement of expenses in an aggregate amount of $30,697.85, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. This Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method. Said fees shall be allocated by Lead Counsel to any other participating counsel to the extent and in a manner that, in the good faith judgment of Lead Counsel, reflects each such counsel's contribution to the institution, prosecution and resolution of the Litigation.

4. All of the awarded attorneys' fees and expenses and interest earned thereon shall be paid to Lead Counsel from the Settlement Fund immediately after the date of execution of this Order, subject to the terms, conditions and obligations of the Stipulation (and in particular its Paragraph 6.2), all of which terms, conditions and obligation are incorporated into this Order.

_____
Milton I. Shadur
Senior United States District Judge

Date:   March 20, 2006

2